**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHEA EMANUEL,<br>　　　　Plaintiff,<br><br>　　v.<br><br>THE WALT DISNEY COMPANY,<br>　　　　Defendant. | :<br>:<br>:<br>:   No. 5:20-cv-04639<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 15th day of June, 2021, upon consideration of Defendant's Motion to Dismiss, ECF No. 8, Plaintiff's response thereto, ECF No. 13, Defendant's reply in support of its motion, ECF No. 14, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. Defendant's Motion to Dismiss, ECF No. 8, is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge